# Third District Court of Appeal

## State of Florida

Opinion filed April 22,2026.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D25-0890
Lower Tribunal No. 24-15899-CA-01
_____

**Joseph Johel Pineda, et al.,**
Appellants,

vs.

**Ricky Enrique De Cespedes,**
Appellee.

An Appeal from a non-final order from the Circuit Court for Miami-Dade County, Migna Sanchez-Llorens, Judge.

Kubicki Draper, P.A., and Samuel T. Lea and Sharon C. Degnan (Orlando), for appellant.

Ralph O. Anderson, P.A., and Ralph O. Anderson (Fort Lauderdale), for appellee.

Before LINDSEY, MILLER and GORDO, JJ.

PER CURIAM.

Affirmed.